```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                        LAS VEGAS, NEVADA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 02:03-CR-00202-LRH-PAL |
| Plaintiff, | ) | |
| | ) | February 17, 2006 |
| vs. | ) | |
| | ) | MINUTE ORDER |
| JEFFREY COYNE, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:
THE HONORABLE <u>Larry R. Hicks</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>NONE APPEARING</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):     <u>       NONE APPEARING       </u>

COUNSEL FOR DEFENDANT(S):     <u>       NONE APPEARING       </u>

MINUTE ORDER IN CHAMBERS:

     Before the court is Defendant Jeffrey Coyne's Motion for Entry of Minute Order (Doc. #69). The Court notes that Defendant Coyne filed an amended motion requesting order to direct Bureau of Prisons to credit petitioner's jail time (Doc. #62), the Government responded (Doc. #63)and a Minute Order denying the motion (Doc. #64) was entered noting the Court had previously ruled on the same issues in its Minute order of April 13, 2005 (Doc. #61).

     The Court has reconsidered its earlier rulings and reaches the same ruling relative to the current motion. Defendant's motion is DENIED.

     IT IS SO ORDERED.

                                    LANCE S. WILSON, CLERK


                            By: <u>     /s/                  </u>
                                    Deputy Clerk